UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACOUSTIC TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ITRON, INC., <br><br> Defendant. | Civil Action No. 1:10-CV-10500-NMG |

**STIPULATED MOTION TO EXTEND DEADLINE FOR ITRON TO SERVE AND FILE ITS PRELIMINARY INVALIDITY AND NON-INFRINGEMENT DISCLOSURES**

With Plaintiff Acoustic Technologies, Inc.'s ("ATI") assent, Defendant Itron, Inc. ("Itron") hereby moves for a one-week extension of time for Itron to serve and file its preliminary invalidity and non-infringement disclosures under Federal Rule of Civil Procedure 6(b). These disclosures are currently due on January 31, 2011, and Itron requests an extension of time to February 7, 2011. Itron's counsel has conferred with ATI's counsel concerning the subject matter of this motion, and the parties have agreed, with the Court's consent, to the requested extension of time.

In support of this motion, Itron states that unexpected scheduling conflicts arose that necessitated the need for the requested short extension of time. Moreover, the requested extension is only for one week, will not impact any other deadlines in the case, and has been agreed to by ATI.

Wherefore, Itron respectfully requests that the Court grant this motion.

Dated this 28th day of January, 2011.

/s/ William D. Fisher
Ramsey M. Al-Salam (pro hac vice)
William D. Fisher (pro hac vice)
PERKINS COIE, LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
TEL :  (206) 359-3748
FAX:  (206) 359 4748
*ralsalam@perkinscoie.com*
*wfisher@perkinscoie.com*

and

Kurt B. Gerstner, BBO #190130
Richard P. Campbell, BBO #071600
One Constitution Center
Boston, MA  02129
TEL :  (617) 241-3000
FAX:  (617) 241-5115
*kgerstner@campbell-trial-lawyers.com*
*rpcampbell@campbell-trial-lawyers.com*

Attorneys for Defendant Itron, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party via the ECF filing system on January 28, 2011.

/s/ William D. Fisher
William D. Fisher (pro hac vice)