# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 10-10500-NMG

ACOUSTIC TECHNOLOGIES, INC
Plaintiff

v.

ITRON, INC.
Defendant

## ORDER OF DISMISSAL

GORTON, D.J.

    In accordance with the Court's allowance of the Defendant's Motion to Dismiss on 3/18/2011 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Patch
Deputy Clerk

March 18, 2011

To: All Counsel